Exhibit 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-421-009**

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 06, 2024

## Title

**Title of Work:** Yggdrasil Norse World Tree

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 30, 2021
**Nation of 1st Publication:** France

## Author

- **Author:** Theodora Ioana Magerand
  **Pseudonym:** ikaruna
  **Author Created:** 2-D artwork
  **Citizen of:** Romania

## Copyright Claimant

**Copyright Claimant:** Theodora Ioana Magerand
84 Route de la Bergerie, La Broue, Saint-Firmin, 05800, France

## Rights and Permissions

**Name:** Theodora Ioana Magerand
**Email:** thea.magerand@outlook.com
**Address:** 84 Route de la Bergerie, La Broue
Saint-Firmin 05800 France

## Certification

**Name:** David Denholm
**Date:** September 17, 2024



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-421-390**

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 07, 2024

## Title

**Title of Work:** Fenrir the Norse Wolf

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 12, 2020
**Nation of 1st Publication:** France

## Author

- **Author:** Theodora Ioana Magerand
  **Pseudonym:** ikaruna
  **Author Created:** 2-D artwork
  **Citizen of:** Romania

## Copyright Claimant

**Copyright Claimant:** Theodora Ioana Magerand
84 Route de la Bergerie, La Broue, Saint-Firmin, 05800, France

## Rights and Permissions

**Name:** Theodora Ioana Magerand
**Email:** thea.magerand@outlook.com
**Address:** 84 Route de la Bergerie, La Broue
Saint-Firmin 05800 France

## Certification

**Name:** David Denholm
**Date:** September 17, 2024

FENRIR

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-421-398**

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 07, 2024

## Title

**Title of Work:** Fenrir the Norse Wolf II

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 22, 2021
**Nation of 1st Publication:** France

## Author

- **Author:** Theodora Ioana Magerand
  **Pseudonym:** ikaruna
  **Author Created:** 2-D artwork
  **Citizen of:** Romania

## Copyright Claimant

**Copyright Claimant:** Theodora Ioana Magerand
84 Route de la Bergerie, La Broue, Saint-Firmin, 05800, France

## Rights and Permissions

**Name:** Theodora Ioana Magerand
**Email:** thea.magerand@outlook.com
**Address:** 84 Route de la Bergerie, La Broue
Saint-Firmin 05800 France

## Certification

**Name:** David Denholm
**Date:** September 17, 2024





# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-421-017**

**Effective Date of Registration:**
September 17, 2024

**Registration Decision Date:**
November 06, 2024

## Title

**Title of Work:** Odin

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 19, 2020
**Nation of 1st Publication:** France

## Author

- **Author:** Theodora Ioana Magerand
  **Pseudonym:** ikaruna
  **Author Created:** 2-D artwork
  **Citizen of:** Romania

## Copyright Claimant

**Copyright Claimant:** Theodora Ioana Magerand
84 Route de la Bergerie, La Broue, Saint-Firmin, 05800, France

## Rights and Permissions

**Name:** Theodora Ioana Magerand
**Email:** thea.magerand@outlook.com
**Address:** 84 Route de la Bergerie, La Broue
Saint-Firmin 05800 France

## Certification

**Name:** David Denholm
**Date:** September 17, 2024


ODIN

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-421-012**

**Effective Date of Registration:**
September 17, 2024

**Registration Decision Date:**
November 06, 2024

## Title

**Title of Work:** Vegvisir

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** December 05, 2020
**Nation of 1st Publication:** France

## Author

- **Author:** Theodora Ioana Magerand
  **Pseudonym:** ikaruna
  **Author Created:** 2-D artwork
  **Citizen of:** Romania

## Copyright Claimant

**Copyright Claimant:** Theodora Ioana Magerand
84 Route de la Bergerie, La Broue, Saint-Firmin, 05800, France

## Rights and Permissions

**Name:** Theodora Ioana Magerand
**Email:** thea.magerand@outlook.com
**Address:** 84 Route de la Bergerie, La Broue
Saint-Firmin 05800 France

## Certification

**Name:** David Denholm
**Date:** September 17, 2024


VEGVÍSIR
THE WAYFINDER

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-421-021**

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 06, 2024

## Title

**Title of Work:** Warriors code

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 12, 2020
**Nation of 1st Publication:** France

## Author

- **Author:** Theodora Ioana Magerand
  **Pseudonym:** ikaruna
  **Author Created:** 2-D artwork
  **Citizen of:** Romania

## Copyright Claimant

**Copyright Claimant:** Theodora Ioana Magerand
84 Route de la Bergerie, La Broue, Saint-Firmin, 05800, France

## Rights and Permissions

**Name:** Theodora Ioana Magerand
**Email:** thea.magerand@outlook.com
**Address:** 84 Route de la Bergerie, La Broue
Saint-Firmin 05800 France

## Certification

**Name:** David Denholm
**Date:** September 17, 2024


IF THEY STAND BEHIND YOU
GIVE THEM
PROTECTION
IF THEY STAND BESIDE YOU
GIVE THEM
RESPECT
IF THEY STAND AGAINST YOU
SHOW THEM
NO MERCY

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-694**
**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 04, 2024

## Title

**Title of Work:** Fenrir

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 03, 2020
**Nation of 1st Publication:** France

## Author

- **Author:** Theodora Ioana Magerand
  **Pseudonym:** ikaruna
  **Author Created:** 2-D artwork
  **Citizen of:** Romania

## Copyright Claimant

**Copyright Claimant:** Theodora Ioana Magerand
84 Route de la Bergerie, La Broue, Saint-Firmin, 05800, France

## Rights and Permissions

**Name:** Theodora Ioana Magerand
**Email:** thea.magerand@outlook.com
**Address:** 84 Route de la Bergerie, La Broue
Saint-Firmin 05800 France

## Certification

**Name:** David Denholm
**Date:** September 17, 2024


NORSEWORLD
FENRIR

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-695**

**Effective Date of Registration:**
September 17, 2024

**Registration Decision Date:**
November 04, 2024

## Title

**Title of Work:** Huginn and Muninn

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 03, 2020
**Nation of 1st Publication:** France

## Author

- **Author:** Theodora Ioana Magerand
  **Pseudonym:** ikaruna
  **Author Created:** 2-D artwork
  **Citizen of:** Romania

## Copyright Claimant

**Copyright Claimant:** Theodora Ioana Magerand
84 Route de la Bergerie, La Broue, Saint-Firmin, 05800, France

## Rights and Permissions

**Name:** Theodora Ioana Magerand
**Email:** thea.magerand@outlook.com
**Address:** 84 Route de la Bergerie, La Broue
Saint-Firmin 05800 France

## Certification

**Name:** David Denholm
**Date:** September 17, 2024


NORSEWORLD
HUGINN : MUNINN

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-421-399**

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 07, 2024

## Title

**Title of Work:** Mjolnir

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** December 05, 2020
**Nation of 1st Publication:** France

## Author

- **Author:** Theodora Ioana Magerand
  **Pseudonym:** ikaruna
  **Author Created:** 2-D artwork
  **Citizen of:** Romania

## Copyright Claimant

**Copyright Claimant:** Theodora Ioana Magerand
84 Route de la Bergerie, La Broue, Saint-Firmin, 05800, France

## Rights and Permissions

**Name:** Theodora Ioana Magerand
**Email:** thea.magerand@outlook.com
**Address:** 84 Route de la Bergerie, La Broue
Saint-Firmin 05800 France

## Certification

**Name:** David Denholm
**Date:** September 17, 2024


MJÖLNIR

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-421-016**

**Effective Date of Registration:**
September 17, 2024

**Registration Decision Date:**
November 06, 2024

## Title

**Title of Work:** The Eye of Jormungandr

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 25, 2021
**Nation of 1st Publication:** France

## Author

- **Author:** Theodora Ioana Magerand
  **Pseudonym:** ikaruna
  **Author Created:** 2-D artwork
  **Citizen of:** Romania

## Copyright Claimant

**Copyright Claimant:** Theodora Ioana Magerand
84 Route de la Bergerie, La Broue, Saint-Firmin, 05800, France

## Rights and Permissions

**Name:** Theodora Ioana Magerand
**Email:** thea.magerand@outlook.com
**Address:** 84 Route de la Bergerie, La Broue
Saint-Firmin 05800 France

## Certification

**Name:** David Denholm
**Date:** September 17, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-421-014**
**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 06, 2024

## Title

**Title of Work:** Thor fishing Jormungandr

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** December 16, 2021
**Nation of 1st Publication:** France

## Author

- **Author:** Theodora Ioana Magerand
  **Pseudonym:** ikaruna
  **Author Created:** 2-D artwork
  **Citizen of:** Romania

## Copyright Claimant

**Copyright Claimant:** Theodora Ioana Magerand
84 Route de la Bergerie, La Broue, Saint-Firmin, 05800, France

## Rights and Permissions

**Name:** Theodora Ioana Magerand
**Email:** thea.magerand@outlook.com
**Address:** 84 Route de la Bergerie, La Broue
Saint-Firmin 05800 France

## Certification

**Name:** David Denholm
**Date:** September 17, 2024



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-421-006**

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 06, 2024

## Title

**Title of Work:** Skoll and Hati

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 22, 2021
**Nation of 1st Publication:** France

## Author

- **Author:** Theodora Ioana Magerand
  **Pseudonym:** ikaruna
  **Author Created:** 2-D artwork
  **Citizen of:** Romania

## Copyright Claimant

**Copyright Claimant:** Theodora Ioana Magerand
84 Route de la Bergerie, La Broue, Saint-Firmin, 05800, France

## Rights and Permissions

**Name:** Theodora Ioana Magerand
**Email:** thea.magerand@outlook.com
**Address:** 84 Route de la Bergerie, La Broue
Saint-Firmin 05800 France

## Certification

**Name:** David Denholm
**Date:** September 17, 2024

