IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THEODORA IOANA MAGERAND,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-11322

Judge Lindsay C. Jenkins

Magistrate Judge Daniel P. McLaughlin

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|---|---|
| 1 | The Inspired Collection |

1