# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Theodora Ioana Magerand

                         Plaintiff,

v.                                        Case No.: 1:25−cv−11322

                                        Honorable Lindsay C. Jenkins

The Partnerships and Unincorporated Associations Identified on Schedule A

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 29, 2025:

    MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff can proceed on its amended complaint. Any motion for electronic service of process or early discovery is due by October 6, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.